# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: DAVID BRAUN  )  12 B 35499
MARY BRAUN  )
)
Debtor(s)  )  Judge Donald R. Cassling

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code filed by the Debtor on 9/7/12 as modified by amendments filed on _____ having been found by the court to comply with the provisions of 11 U.S.C. 1325, THE PLAN IS HEREBY CONFIRMED.

Entered: -2 NOV 2012

Donald R. Cassling
Bankruptcy Judge