**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: David and Mary Braun

|  |  |  |
|---|---|---|
|  | ) | 12 B 35499 |
|  | ) |  |
| Debtor(s) | ) | Judge Donald R. Cassling |

*NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

David and Mary Braun                     Sulaiman Law Group
332 N. West Road                         900 Jorie Blvd #150
Lombard, IL 60148                        Oak Brook IL 60523

    Please take notice that on March 28, 2014 at 9:15 a.m., a representative of this office shall appear before the Honorable Judge Donald R. Cassling or any other Bankruptcy Judge who may preside in his place and stead, at the Kane County Courthouse 100 S. Third Street, Room 240, Geneva IL and present this motion.

    I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, Illinois 60532 and to all other parties electronically via the Court's CM/ECF system on March 7, 2014.
.

                                                               /s/ Glenn Stearns
                                                               Glenn Stearns, Trustee

---

MOTION TO MODIFY PLAN

    Now Comes Glenn Stearns, Chapter 13 Trustee, requesting modification of the above debtors' plan pursuant to 11 U.S.C. § 1329 and in support thereof, states the following:

1. On September 7, 2012 the debtors filed a petition under Chapter 13.

2. The debtors' original plan filed September 7, 2012 (Doc 2) was confirmed on November 2, 2012.

3. Debtors' income is above the median and their Monthly Disposable Income (Form B22C, Line 59) of $5,670 required payment of up to $340,200 in unsecured debt.

4. The confirmed plan provides for payments of $420 monthly for 60 months for total payments of $25,200, with scheduled unsecured debt of $23,487 projected to be paid in full.

5. Debtor's Schedules I and J showed that the debtor had $3,676 available monthly for plan payments.

6. The plan was confirmed with excess disposable income because at the time of confirmation it appeared that all unsecured creditors were being paid in full.

7. Unsecured claims have been filed in the total amount of $30,397. Regional Acceptance filed a claim in the amount of $15,217.90; the amount scheduled as owed to Regional Acceptance was "Unknown".

8. The debtors' plan payment needs to be increased to $650 monthly for the remaining 42 months to pay their creditors in full as required.

WHEREFORE, the Trustee prays that the debtors' plan be modified to provide that the plan payment is increased to $650 monthly for the remaining term of the plan and for such other and further relief as this court deems proper.

Respectfully Submitted;

Glenn Stearns, Trustee

/s/ Glenn Stearns
By: Glenn Stearns

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532   (630) 981-3888