UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 12-35499
David and Mary Braun )
)
) Chapter: 13
) Honorable Donald R. Cassling
)
) Kane
Debtor(s) )

## Order Modifying Plan

This matter coming on the Trustee's Motion to Modify Plan, proper notice given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The debtor's plan payment is increased to $650 per month.

2. The 60 month plan base is increased to $34,860.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 28, 2014

**Prepared by:**

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-3614
630 981 3888