UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-35499 |
| DAVID BRAUN and MARY BRAUN | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTORS' MOTION TO INCUR DEBT AND SHORTENING NOTICE**

THIS CAUSE, coming to be heard on Debtors' Motion to Incur Debt and to Shorten Notice the Court having jurisdiction over the subject matter and due notice having been given, IT IS HEREBY ORDERED:

1. Debtors are authorized to incur debt to purchase a 2016 Chrysler Town and County with a monthly payment in the amount of $628.81 and interest rate of 10.84%.

2. Notice is reduced to notice given in this matter (10 days).

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated: January 29, 2016

**Prepared by:**

Paul M. Bach ARDC #6209530
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181